# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

vs.                        NO 4:10CR00045-001   SWW

PATRICE LYNAE SMITH                                               DEFENDANT

## **ORDER**

Pending before the Court is the government's motion to dismiss the revocation petition against the above named defendant in this matter. The Court finds that the motion [doc #32] should be and hereby is **granted**.

IT IS THEREFORE ORDERED that the government's petition to revoke supervised release [doc #29] is denied as moot. The Clerk is directed to send a copy of this order to the U. S. Marshal for the Eastern District of Arkansas. The U. S. Marshal is directed to recall the warrant issued July 30, 2012 in this revocation matter.

DATED this 23rd day of May 2013.

                                        /s/Susan Webber Wright
                                        United States District Judge